UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT GONZALES,

Defendant.
_____/

CASE NO. CR F 94-5011 LJO

**ORDER TO DENY RELIEF ON
ENHANCEMENTS**
(Doc. 652.)

Defendant Robert Gonzales ("defendant") filed August 16, 2013 papers to seek relief to the effect that sentencing enhancements for firearm possession and leadership role were unwarranted. This Court DENIES defendant's requested relief in that:

1.      Defendant fails to demonstrate this Court's jurisdiction to amend or alter his Presentence Investigation Report or to otherwise correct it;

2.      Defendant has waived issues of which he complains given the passage of time and that sentencing was the proper time to address the issues;

3.      This Court cannot investigate the issues which defendant raises, in particular the firearm enhancement; and

4.     This Court, by retired District Judge Oliver Wanger's May 20, 2010 letter, addressed whether defendant acted as a leader, to exhaust what this Court is able to do.

IT IS SO ORDERED.

Dated:   **August 28, 2013**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE