UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR F 94-5011 LJO |
|---|---|
| Plaintiff, | **ORDER TO DENY IN FORMA PAUPERIS** (Doc. 656.) |
| vs. | |
| ROBERT GONZALES, | |
| Defendant. | |

Defendant Robert Gonzales ("defendant") filed September 16, 2013 papers to seek relief to proceed in forma pauperis on his appeal before the Ninth Circuit Court of Appeals. Defendant's appeal divests this Court of jurisdiction. *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772 (9th Cir. 1986). As such, this Court is unable to grant defendant in forma pauperis status and directs defendant to seek such relief from the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **September 17, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE